UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Jonathan Sokorelis,

    v.                          Civil No. 07-335-JL

NH State Prison, Warden,

**ORDER OF RECUSAL**

Because the petitioner's underlying criminal case was prosecuted during the time I served in the Criminal Bureau of the Attorney General's Office, I recuse myself from presiding over this case, and request that the clerk reassign this matter.

    **SO ORDERED.**

                                          /s/ Joe Laplante
                                          Joseph N. Laplante
                                          United States District Judge

February 20, 2008

cc:  Jaye L. Rancourt, Esq.